# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE WAIVER OF REVOCATION** |
| ) | **HEARING** |
| vs. ) | |
| ) | |
| Jamonie Tillman, ) | Case No. 4:05-cr-054 |
| ) | |
| Defendant. ) | |

On February 12, 2006, a petition for revocation of defendant's pretrial release was filed and an arrest warrant was issued. On February 21, 2006, the defendant was arrested in Tupalo, Mississippi, and transported to Bismarck, prompting the court to schedule a revocation hearing for March 13, 2006.

On March 10, 2006, defense counsel advised the court that the defendant wished to waive his right to a revocation hearing. On March 13, 2006, the court received a Waiver of Revocation Hearing signed by the defendant and his attorney. The court has reviewed the record and finds that the defendant, having an opportunity to consult with counsel, freely and voluntarily and knowingly and intelligently waived his right to a revocation hearing and consented to be detained pending final disposition of this matter.

Accordingly, the court **ORDERS** that the defendant's pretrial release is revoked. The court further **ORDERS** that the defendant be detained pending final disposition of this matter. Finally, the court **ORDERS** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant

shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge